UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BECTON DICKINSON & COMPANY,**

    Plaintiff,

v.                                             Case No. 8:09-cv-1367-T-30EAJ

**DOYEN MEDIPHARM, LLC,**

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss with Prejudice and to Retain Jurisdiction to Enforce Settlement Agreement (Dkt. #17). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion to Dismiss (Dkt. #17) is **GRANTED**.

2.     This cause is dismissed with prejudice.

3.     This Court will retain jurisdiction to enforce the terms of the settlement agreement for **SIXTY (60) DAYS** from the date of this Order.

4.     All pending motions are denied as moot.

5.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 13, 2009.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-1367.dismissal 17.wpd